UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                            CRIMINAL NO. 25-CR-00181 (SVN)

ONAI WRIGHT                                    August 1, 2026

**NOTICE OF DEFENDANT'S LINE-BY-LINE OBJECTIONS
TO GOVERNMENT TEXT MESSAGE EXHIBITS
<u>GX38A to GX38S</u>**

Onai Wright, through counsel, files along with this notice the line-by-line objections it lodged against the Government's text message exhibits GX38A to GX38S (redacted by defense). Those objections were provided to the Court and government in hard copy format on July 27, 2026. The Court's rulings are found at ECF No. 193. This filing is made to comply with the Court's oral order directing defense counsel to place its hard copy objections on the electronic docket for preservation of the record.

Respectfully Submitted,

THE DEFENDANT,
Onai Wright

Dated: August 1, 2026                          OFFICE OF THE FEDERAL DEFENDER

*/s/ Josh Ewing*
Josh B. Ewing, Assistant Federal Defender
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106-1976
Phone: 860-493-6260
Bar no.: CT443715/phv20199
Email: josh_ewing@fd.org

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on August 1, 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                               */s/ Josh Ewing*
                               Josh B. Ewing