UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

vs.                                                    NO. 3:25-CR-00181 (SVN)

ONAI KEDAR WILBERT WRIGHT

## ORDER

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended for a period of ninety days from their date of discharge by the Court.

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 5th day of August, 2026.

Sarala V. Nagala
Digitally signed by Sarala V. Nagala
Date: 2026.08.05 10:50:35 -04'00'

Sarala V. Nagala
United States District Judge