**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:25-CR-181 (SVN) |
| | ) | |
| v. | ) | |
| | ) | |
| ONAI KEDAR WILBERT WRIGHT | ) | August 4, 2026 |
| | ) | |

## <u>VERDICT FORM</u>

**Count One: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity**

1. As to Count One, charging Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, from on or about March 1, 2025, to on or about March 14, 2025, we the jury unanimously find the Defendant Onai Kedar Wilbert Wright:

    NOT GUILTY_____        GUILTY___X____

*If you answered "Guilty" to Question 1, then answer Question 1(a) and 1(b). You may, but need not, answer "yes" to both 1(a) and 1(b). If you answered "Not Guilty" to Question 1, then proceed to Question 2.*

    a. We the jury unanimously find that Mr. Wright acted with the intent that Sophie Smith engage in prostitution.

        YES___X___        NO_____

    b. We the jury unanimously find that Mr. Wright acted with the intent that Sophie Smith engage in illegal sexual activity.

        YES___X___        NO_____

**Count Two: Production of Child Pornography**

2. As to Count Two, charging Production of Child Pornography on or about March 14, 2025, we the jury unanimously find the Defendant Onai Kedar Wilbert Wright:

    NOT GUILTY_____        GUILTY___X____

**Count Three: Receipt of Child Pornography**

3.  As to Count Three, charging Receipt of Child Pornography on or about February 23, 2025, we the jury unanimously find the Defendant Onai Kedar Wilbert Wright:

NOT GUILTY_____          GUILTY___X___

**Count Four: Receipt of Child Pornography**

4.  As to Count Four, charging Receipt of Child Pornography on or about January 28, 2025, we the jury unanimously find the Defendant Onai Kedar Wilbert Wright:

NOT GUILTY_____          GUILTY___X___

**Count Five: Transportation of Child Pornography**

5.  As to Count Five, charging Transportation of Child Pornography on or about January 28, 2025, we the jury unanimously find the Defendant Onai Kedar Wilbert Wright:

NOT GUILTY_____          GUILTY___X___

*After answering Questions 1 through 5, the foreperson should sign and date this form. Notify the Courtroom Deputy that you have completed your deliberations.*

_____          ___8/5/2026___
Foreperson                      Date